**17MISC 202**

**DOC # 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE: RULE 3. ESTABLISHMENT OF PART I      M10-468
       OF THE RULES FOR THE
       DIVISION OF BUSINESS AMONG JUDGES     ORDER
------------------------------------------------------------X



       On April 26, 2017, the Board of Judges of the Southern District of New York approved amendments to Rule 3. Establishment of Part I of The Rules for the Division of Business Among Judges of the Southern and Eastern Districts of New York, as attached.

       The amendments hereby take effect on June 26, 2017.

       SO ORDERED.

_____
Colleen McMahon
Chief Judge

Dated: New York, New York
       June 14, 2017

g:\elly\rules\orders\2017-divisionof business – June 2017

Revision

Rules for Division of Business Among District Judges

**Rule 3. Part 1**

(b) Civil Proceedings in Part I

Admissions to the bar shall be heard in Manhattan on Tuesdays at 10:00 a.m. Admissions to the bar shall be held in White Plains on a schedule to be published annually. Civil matters other than emergencies shall be heard in Manhattan on Tuesdays at 11:00 a.m. Naturalization proceedings shall be conducted in Manhattan on Fridays at 11:00 a.m. ~~The court does not hold naturalization proceedings in White Plains.~~

(i) Miscellaneous Civil Matters.

The judge presiding in Part I shall hear and determine ~~all~~ those miscellaneous proceedings in civil matters not assigned to a judge. ~~in civil matters, such as applications for relief relating to orders and subpoenas of administrative agencies and for subpoenas issued in this district for cases outside the district.~~